UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP
& TRAINING FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSWORKERS
DISTRICT COUNCIL OF WISCONSIN,

and

INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS,

        Plaintiffs,

vs.                                                Case No. 08-CV-113

JOSEPH P. STEINKOPF d/b/a STEINKOPF CERAMICS, INC.,

        Defendants.

---

ORDER GRANTING ATTORNEY'S FEES AND COSTS
AND PARTIALLY WITHDRAWING PLAINTIFFS' MOTION FOR ISSUANCE
OF SHOW CAUSE AND FOR JUDGMENT OF CONTEMPT
FOR VIOLATION OF COURT INJUNCTION

---

Upon Plaintiff Funds' Request for Attorney's Fees and Costs and Partial Withdrawal of Motion for Issuance of Show Cause and for Judgment of Contempt for Violation of Court Injunction, the accompanying Affidavit of Benjamin A. Menzel, and upon the files, records and proceedings herein, heretofore had, in the above-entitled action:

**IT IS HEREBY ORDERED** that judgment is hereby entered in favor of the Plaintiffs and against Defendant Joseph P. Steinkopf in the amount of $423.00 for the attorney's fees and costs incurred by the Plaintiffs in relation to their Motion for Issuance of Order to Show Cause and for Judgment of Contempt for Violation of Court Injunction and Awarding Attorney's Fees and Costs ("Motion").

**IT IS FURTHER ORDERED** that the portion of the Motion and subsequent Order which adjudged the Defendant in contempt and ordered his arrest is hereby withdrawn and vacated.

**IT IS FURTHER ORDERED** that upon the completion of Plaintiffs' representatives' review of the payroll records produced by the Defendant, Plaintiffs' counsel shall present to the Court a statement of damages for the final entry of judgment against the Defendant, as set forth in this Court's Order for Default Judgment and Injunctive Relief of April 30, 2008.

**IT IS HEREBY ORDERED.**

Dated this 28th day of April, 2009.

BY THE COURT

_Barbara B. Crabb_
Barbara B. Crabb
District Judge